BLAIR S. WILLIAMS et al., Copartners under the Firm Name of RHOADES, WILLIAMS & COMPANY, Appellants, *v.* THE STATE OF NEW YORK, Respondent. (Claim No. 23664.)

Submitted November 20, 1936; decided December 31, 1936.

*Francis N. Bangs* for appellants.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden* and *Caleb Candee Brown, Jr.,* of counsel), for respondent.

Judgment affirmed, with costs, on the authority of *Vaughan* v. *State of New York* (272 N. Y. 102).

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CRCUCH, LOUGHRAN and FINCH, JJ.